In the Matter of the Petition of THE SUFFOLK COUNTY NATIONAL BANK OF RIVERHEAD, N. Y., J. EBENEZER WEIR, JR., and FRED L. GROSS, as Executors, etc., of JAMES E. WEIR, Also Known as J. EBB WEIR, Deceased, for Advice and Direction as to the Propriety, Price, Manner and Time of Sale of Certain Personal Property Constituting Assets of the Estate of Said Deceased, and to Have the Surrogate Fix and Determine the Compensation of the Attorneys for Said Executors for Services Rendered to Said Estate and to the Petitioners, as Such Executors, in Connection, and Only in Connection, with Such Proposed Sale

and in This Proceeding, but Not for Other Services Rendered by Such Attorneys to Such Executors, so That Payment of Such Aforesaid Services in Connection with Such Proposed Sale and in This Proceeding May Be Directed to Be Made Out of the Funds of Said Estate. FRED L. GROSS and FREDERICK A. KECK, Composing the Firm of GROSS & KECK, Appellants; NATHAN O. PETTY, Special Guardian for J. EBB WEIR, 3D, an Infant, Respondent.— Decree of the Surrogate's Court of Suffolk county modified so as to provide that appellants be awarded the sum of $2,500 as compensation for legal work in connection with the preparation and execution of the contract, and the sum of $250 for services in connection with the institution of the proceeding and the procuring of the decree. As so modified the decree, in so far as appealed from, is unanimously affirmed, with costs to appellants payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.